UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS J. JOHNSON,

    Petitioner,

v.                                         CASE NO. 6:02-cv-1173-Orl-31KRS

MICHAEL W. MOORE, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motion:

1.    Petitioner's Request for a Certificate of Appealability (Doc. No. 46, filed November 9, 2006) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 16th day of November, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sc 11/16
Counsel of Record
Dennis J. Johnson