UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS J. JOHNSON,

    Petitioner,

v.                                          CASE NO. 6:02-cv-1173-Orl-31KRS

JAMES R. MCDONOUGH, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 49, filed December 4, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.    Petitioner's Motion to Extend Time to File Inmate Bank Statement (Doc. No. 48, filed December 4, 2006 ) is **DENIED** as moot.

**DONE AND ORDERED** at Orlando, Florida, this 5th day of December, 2006.

Copies to:
sc 12/5
Counsel of Record
Dennis J. Johnson

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE